MALLARY, INC., Individually and in Behalf of All Other Persons Similarly Situated, Appellant, *v.* CITY OF NEW ROCHELLE, Respondent. (Action No. 2.)

Argued November 29, 1945; decided January 18, 1946.

*Irving A. Rubin* for appellant.

*Aaron Simmons, Corporation Counsel* (*John A. Bodmer* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND. THACHER, DYE and MEDALIE, JJ.